UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

CASE NO. 06-21209
CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

ATLANTIS MARINE TOWING, INC.,
a Florida corporation,

    Plaintiff,

vs.

THE *M/V PRISCILLA*, her engines, boats,
tackle, apparel, furniture, and appurtenances,
*in rem*, and THE *M/V CURE ALL*, her engines,
boats, tackle, apparel, furniture, and appurtenances,
*in rem*,

    Defendants.
_____/

## VERIFIED *IN REM* COMPLAINT FOR SALVAGE

PLAINTIFF, ATLANTIS MARINE TOWING, INC., a Florida corporation ("ATLANTIS"), by its undersigned counsel, complains of the Defendants, THE *M/V PRISCILLA*, her engines, boats, tackle, apparel, furniture, and appurtenances ("PRISCILLA"), *in rem*, and THE *M/V CURE ALL*, her engines, boats, tackle, apparel, furniture, and appurtenances ("CURE ALL"), *in rem*, in a cause for a salvage award, and states as follows:

1. This is a case of admiralty and maritime jurisdiction under 28 U.S.C. §1333 and is a claim cognizable in admiralty within the meaning of Rule 9(h).

2. Venue is proper in this district as the PRISCILLA and CURE ALL are now located within this district and within the jurisdiction of this Court.

3. At all times hereinafter mentioned, ATLANTIS was and is a corporation organized under and by virtue of the laws of the State of Florida.

*Atlantis Marine vs. The M/V Priscilla*
Page 1

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

4. The CURE ALL is currently located at Monty's Marina in Miami, Florida and is within this district. The CURE ALL is a 57' Ferretti motor yacht. The CURE ALL is a recreational type vessel with a value of approximately $1 million dollars and upwards.

5. The PRISCILLA is currently located at Allied Richard Bertram Marine Group's docks either in Miami, Florida or in Fort Lauderdale, Florida and is within this district. The vessel is a 63' Hatteras Sport fish motor yacht. The PRISCILLA is a recreational type vessel with a value of approximately $2.3 million dollars and upwards.

6. During the early morning hours of May 14, 2004, employees of ATLANTIS heard a loud explosion and, immediately responding to the explosion, employees of ATLANTIS observed a tender which was tied to the stern of the CURE ALL engulfed in flames. The CURE ALL was tied with its port side to the dock at Monty's Marina in Miami, Florida. Another motor vessel was tied to the starboard side of the CURE ALL. The PRISCILLA was moored immediately behind the CURE ALL with its port side to the dock and its bow extending over the stern of the CURE ALL. The tender that was engulfed in flames was immediately under the bow of the PRISCILLA. Employees of ATLANTIS observed the flames touching the bow of the PRISCILLA and the stern of the CURE ALL. ATLANTIS, through its employees, through the use of a water pump and fire hose, extinguished the fire.

7. Upon ATLANTIS' arrival at the scene, the CURE ALL and PRISCILLA were in immediate peril of catching on fire. ATLANTIS voluntarily rendered services and its efforts in extinguishing the fire directly and immediately saved the CURE ALL and PRISCILLA from further damage.

8. ATLANTIS alleges, upon information and belief, that the value of the CURE ALL prior to the fire was approximately $1 million dollars and, upon further information and belief, ATLANTIS

*Atlantis Marine vs. The M/V Priscilla*
*Page 2*

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

believes the CURE ALL's value, post-fire and prior to repairs, to be approximately $1 million dollars.

9.  ATLANTIS alleges, upon information and belief, that the value of the PRISCILLA, prior to the fire, was approximately $2.3 million dollars and, upon further information and belief, ATLANTIS believes the PRISCILLA's value, post-fire and prior to repairs, to be approximately $2.3 million dollars.

10. ATLANTIS' efforts required the use of special equipment and special knowledge to extinguish the fire and save the CURE ALL and PRISCILLA from further damage. The skillful services were dangerous for all those engaged in the undertaking, on whose behalf this action is brought, and they are justly entitled a salvage award for such services.

W H E R E F O R E, Plaintiff, ATLANTIS MARINE TOWING, INC., by its undersigned counsel, prays;

(a) the Court make a decree awarding liberal salvage to ATLANTIS and the Master and Crew of Atlantis Marine Vessel Unit 9 and its other employees, and for damages sustained, together with interest and costs; and

(b) for such other and further relief that the Court may deem just and proper.

*Atlantis Marine vs. The M/V Priscilla*
*Page 3*

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

# VERIFICATION

STATE OF FLORIDA            )
                            )
COUNTY OF MIAMI-DADE        )

BEFORE ME personally appeared Stuart Korpela, who after being first duly sworn, deposes and says:

1. That he is President of Atlantis Marine Towing, Inc., Plaintiff herein, and based upon his knowledge, information and belief, as well as additional information provided to him, the facts set forth in this Complaint are true and correct.

2. Affiant further states that he has executed this Verification on behalf of Plaintiff.

FURTHER AFFIANT SAYETH NAUGHT

_____
STUART KORPELA

BEFORE ME, the undersigned authority, personally appeared Stuart Korpela, who, being first duly sworn according to law, deposes and says that he executed the foregoing Verification, and that the representations therein are true and correct to the best of his knowledge and belief.

SWORN TO and SUBSCRIBED TO before me on this _10th_ day of _May_____, 2006.

Individually Known __X__
OR
Produced Identification _____
(Type and Number of Identification Produced _____)

_____
NOTARY PUBLIC
State of Florida at Large

My commission expires:


Simone Argy
My Commission DD178753
Expires March 21, 2007

*Atlantis Marine vs. The M/V Priscilla*
*Page 4*

DATED this 12th day of May, 2006.

                    Respectfully submitted,

                    **MALTZMAN FOREMAN, PA**
                    *Attorneys for Plaintiff*
                    One Biscayne Tower, Suite 2300
                    2 South Biscayne Boulevard
                    Miami, Florida 33131-1803
                    Tel: (305) 358-6555 / Fax: (305) 374-9077

By: _____
                    JEFFREY E. FOREMAN
                    Florida Bar No.: 0240310
                    jforeman@mflegal.com
                    **DARREN W. FRIEDMAN**
                    Florida Bar No.: 0146765
                    dfriedman@mflegal.com

*Atlantis Marine vs. The M/V Priscilla*
*Page 5*

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

# CIVIL COVER SHEET

JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

**06-21209 CIV-ALTONAGA**

**MAGISTRATE JUDGE TURNOFF**

| 1. (a) PLAINTIFFS<br>Atlantis Marine Towing, Inc. | DEFENDANTS<br>The M/V Priscilla and The M/V Cure All, *in rem* |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF — MIAMI-DADE<br>(EXCEPT IN U S PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U S PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)<br>Maltzman Foreman, PA         Attorney of Record<br>2 South Biscayne Boulevard - #2300    Darren W. Friedman, Esq.<br>Miami, Florida 33131 | ATTORNEYS (IF KNOWN)  Albert L. Frevola, Esq.<br>2400 Commercial Boulevard – STE 1100<br>Fort Lauderdale, Florida 33308 |

(d) CIRCLE COUNTY WHERE ACTION AROSE  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 US Government
- ☐ 2 US Government
- ☒ 3 Federal Question (US Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade  06-21209-a)-Altonaga Turnoff

## II. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place Of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place Of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## III. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (Specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>B ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>B ☐ 153 Recovery of Overpayment of Veterans Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | B ☐ 610 Agriculture<br>B ☐ 620 Other Food & Drug<br>B ☐ 625 Drug Related Seizure of Property 21 USC 881<br>B ☐ 630 Liquor Laws<br>B ☐ 640 R R & Truck<br>B ☐ 650 Airline Regs<br>B ☐ 660 Occupational Safety/Health<br>B ☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**A PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced And Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410,<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determined Under Equal Access to J<br>☐ 950 Constitutionality of State Statutes8<br>☐ 890 Other Statutory Actions |

| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | A LABOR | B SOCIAL SECURITY |  |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | B ☐ 510 Motions to Vacate Sentence<br>B ☐ 530 General<br>B ☐ 535 Death Penalty<br>B ☐ 540 Mandamus & Other<br>B ☐ 550 Civil Rights<br>B ☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other labor Litigation<br>A ☐ 791 Empl Ret Inc. Security Act | ☐ 861 HIA(1395FF)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>A ☐ 870 Taxes (US Plaintiff Or Defendant)<br>A ☐ 871 IRS - Third Party 26 USC 7609 | A Or B |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LENGTH OF TRIAL
via_____days estimated (for both sides to try entire case)

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER FR C P 23 | DEMAND $ | CHECK YES only if demanded in complaint JURY DEMAND:  ☐ YES  ☐ NO |
|---|---|---|---|

VII. RELATED CASE(S) IF ANY   (See instruction)   JUDGE _____   Docket Number _____

DATE  5/10/06    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY  Recpt # 940188  Amount 350-  Applying IFP_____  Judge_____  Mag Judge_____